MISTY A. MURRAY (SBN CA 196870)
mmurray@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Defendants
Metropolitan Life Insurance Company and
Bank of America Long Term Disability Plan

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA MCPHERSON,<br><br>              Plaintiff,<br><br>       vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; BANK OF AMERICA LONG TERM DISABILITY PLAN,<br><br>              Defendants. | Case No. 8:20-cv-01034 DOC (KESx)<br><br>(Honorable Fernando L. Aenlle-Rocha)<br><br>**DEFENDANTS' NOTICE OF MOTION FOR DISMISSAL OF ACTION FOR MOOTNESS**<br><br>[FRCP (b)(1), (h)(1) and (h)(3)]<br><br>[Filed Concurrently with Motion; Request for Judicial Notice; Supporting Declarations and Exhibits; [Proposed] Order]<br><br>Date: April 16, 2021<br>Time: 1:30 PM<br>Ctrm: 6B – First Street<br><br>Complaint Filed: June 8. 2020 |

**TO THE COURT, TO THE PLAINTIFF AND TO HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on April 16, 2021, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 6B of the above-entitled Court, located at 350 W. First Street, Los Angeles, California 90012, Defendants Metropolitan Life Insurance Company ("MetLife") and Bank of America Long Term Disability Plan ("Plan") (collectively, "Defendants") will and hereby do move to dismiss the entire action with prejudice on the ground that the action is now moot. Plaintiff Natasha McPherson ("Plaintiff") has been paid all benefits due under the ERISA-governed Plan at issue and her claim for attorneys' fees and costs has been fully settled with her counsel. Plaintiff therefore has received all relief sought in her Complaint and all relief available to her under ERISA. As a result, Plaintiff's entire Complaint is now moot.

This motion is made pursuant to Fed. R. Civ. Proc. 12(b)(1) and Fed. R. Civ. Proc. 12(h)(1) and (3), as well as the court's inherent power, which permit the court to dismiss the action when, as here, there is no justiciable controversy.

This motion is based on this Notice, the concurrently filed Motion and Memorandum of Points and Authorities, the Declarations of Misty A. Murray and Matthew Hallford and the Exhibits thereto, Request for Judicial Notice, and any and all papers and documents on file in this proceeding, and upon such other and further matters as the Court may deem appropriate.

This motion is made following the pre-filing conference of counsel per Local Rule 7-3, which took place on February 9, 12 and 16, 2021.

DATED: February 23, 2021

HINSHAW & CULBERTSON LLP

By: /s/ Misty A. Murray
MISTY A. MURRAY
Attorneys for Defendants
Metropolitan Life Insurance Company
and Bank of America Long Term
Disability Plan

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

1032435\307575515.v1

# CERTIFICATE OF SERVICE

*Natasha McPherson v. Metropolitan Life Insurance Company, et al.*

Case No. 8:20-cv-01034-FLA (KESx)

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 350 South Grand Ave., Suite 3600, Los Angeles, CA 90071-3476.

On February 23, 2021, I served the document(s) entitled, DEFENDANTS' NOTICE OF MOTION FOR DISMISSAL OF ACTION FOR MOOTNESS on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

**SEE ATTACHED SERVICE LIST**

☒ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on February 23, 2021, at Los Angeles, California.

*Lea Borys*
————————————————
Lea Borys

1032435\306561092.v1

# SERVICE LIST

*Natasha McPherson v. Metropolitan Life Insurance Company, et al.*

**Case No. 8:20-cv-01034-FLA (KESx)**

Glenn R. Kantor, Esq.
Sarah Demers, Esq.
Kantor & Kantor, LLP
19839 Nordhoff Street
Northridge, CA 91324
Attorneys for Plaintiff
Natasha McPherson
818-886-2525
gkantor@kantorlaw.net