UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. | 8:20-cv-01034-FLA (KESx) |
| Title | *Natasha McPherson v. Metropolitan Life Insurance Company, et al.* |

| Date | April 12, 2021 |
|---|---|

Present: The Honorable **FERNANDO L. AENLLE-ROCHA**
UNITED STATES DISTRICT JUDGE

| V.R. Vallery | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:**   **(IN CHAMBERS) ORDER GRANTING UNOPPOSED MOTION TO DISMISS [DKT. 31]**

**Ruling**

Plaintiff Natasha McPherson ("Plaintiff" or "McPherson") initiated this action on June 8, 2020, alleging Defendants Metropolitan Life Insurance Company ("MetLife") and Bank of America Long Term Disability Plan (the "Plan") (collectively "Defendants") violated the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001 *et seq.*, by wrongfully denying her long-term disability benefits.   *See* Dkt. 1.

On February 23, 2021, Defendants filed a Motion for Dismissal of Action for Mootness, arguing Plaintiff's ERISA claim is now moot because MetLife paid her all benefits, attorney's fees, and costs.   *See* Dkt. 31-1.   Defendants request the court dismiss this action in its entirety with prejudice.   *Id.* at 13.   Plaintiff filed a Notice of Non-Opposition to the Motion. Dkt. 35.

The court, therefore, DISMISSES this action in its entirety with prejudice.   *See Silk v. Metropolitan Life Ins. Co.*, 310 F. Appx. 138, 139 (9th Cir. 2009) (affirming dismissal because payment of benefits mooted claim).

IT IS SO ORDERED.

_____  :  _____

Initials of Preparer   vrv